**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CPUMATE INC. and GOLDEN SUN TECHNIQUES CO., LTD.** | **CIVIL ACTION NO.  2:13-cv-269** |
| **Plaintiffs,** | |
| **v.** | |
| **APPLE, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CpuMate Inc. and Golden Sun Techniques Co., Ltd., states that they are Taiwanese companies in Taiwan, R.O.C, and that none of their outstanding shares are owned by a parent corporation or any publicly held corporation.

Dated: April 11, 2013

Respectfully submitted,

CPUMATE INC. and GOLDEN SUN
TECHNIQUES CO., LTD.

/s/ Winston O. Huff
Winston O. Huff, Attorney in Charge
Texas State Bar No. 24068745
Deborah Jagai
Texas State Bar No. 24048571
W. O. Huff & Associates, PLLC
302 N. Market Street, Suite 450
Dallas, TX 75202
214.749.1220 (Firm)
469.206.2173 (Fax)
whuff@huffip.com
djagai@huffip.com

ATTORNEYS FOR PLAINTIFFS
CPUMATE INC. and GOLDEN SUN
TECHNIQUES CO., LTD.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of April, 2013.

/s/ Winston O. Huff
Winston O. Huff, Attorney in Charge