IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CPUMATE INC. and GOLDEN SUN TECHNIQUES CO., LTD.** <br><br> Plaintiffs, <br><br> v. <br><br> **APPLE, INC.** <br><br> Defendant. | CIVIL ACTION NO. 2:13-cv-269 <br><br><br><br> JURY TRIAL DEMANDED |

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiffs CPUMate Inc. and Golden Sun Techniques Co., Ltd. demand a trial by jury in the above-captioned action of all issues so triable.

Dated: April 11, 2013

Respectfully submitted,

/s/ Winston O. Huff
Winston O. Huff, Attorney in Charge
Texas State Bar No. 24068745
Deborah Jagai
Texas State Bar No. 24048571
W. O. Huff & Associates, PLLC
302 N. Market Street, Suite 450
Dallas, TX 75202
214.749.1220 (Firm)
469.206.2173 (Fax)
whuff@huffip.com
djagai@huffip.com

ATTORNEYS FOR PLAINTIFFS
CPUMATE INC. and GOLDEN SUN
TECHNIQUES CO., LTD.

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on April 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

Respectfully submitted,

*/s/ Winston O. Huff*
Winston O. Huff

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of April, 2013.

/s/ Winston O. Huff
Winston O. Huff, Attorney in Charge